AUDREY STRAUSS
United States Attorney for the
Southern District of New York
By: BRANDON H. COWART
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2693
Facsimile: (212) 637-2702
E-mail: brandon.cowart@usdoj.gov

**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEREMY BATES, derivatively on behalf of
THE UNITED STATES OF AMERICA,

    Plaintiffs,

-against-

DONALD J. TRUMP, in his personal
capacity,

    Defendant,
-and-

THE UNITED STATES OF AMERICA,

    Nominal Defendant.

---

Case No. 21 CV 2402 (LAK)

### NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the accompanying (1) Memorandum of Law in Support of the United States' Motion to Dismiss the Complaint; and (2) copies of all unpublished decisions cited therein, the United States will move this Court for dismissal of the above-captioned complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

*[Handwritten endorsement:]* The motion is granted on the ground that plaintiff lacks standing to sue on behalf of the United States substantially for the reasons advanced by the government. The Clerk shall terminate all pending motions, enter judgment and close the case.

SO ORDERED
*[signature]*
LEWIS A. KAPLAN, USDJ
5/24/21