UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

JEREMY BATES, derivatively on behalf of
THE UNITED STATES OF AMERICA,

                     Plaintiffs,            21CIVIL 2402 (LAK)

## JUDGMENT

DONALD J. TRUMP, in his personal capacity,

                     Defendant.

      -and-

THE UNITED STATES OF AMERICA,

                Nominal Defendant

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo-Endorsed Order dated May 22, 2021, the motion is granted on the ground that plaintiff lacks standing to sue on behalf of the United States substantially for the reasons advanced by the government; accordingly, the case is closed.

**Dated:** New York, New York
          May 24, 2021

                                                  RUBY J. KRAJICK

                                                  Clerk of Court

**BY:**

                                                  Deputy Clerk